FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 NOV 13  PM 2:48

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 543 T36 spf

18 U.S.C. § 1015(c)
18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)

JUANA BAEZ-PAULINO,
    a/k/a Johanna Fuentes-Rodriguez,
    a/k/a Diomara Cruz-Figueroa, and
    a/k/a Zamaris Diaz-Calderon

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Use of Fraudulently and Falsely Procured Birth Certificate)

On or about January 19, 2016, in the Middle District of Florida, and

elsewhere, the defendant,

JUANA BAEZ-PAULINO,
a/k/a Johanna Fuentes-Rodriguez,
a/k/a Diomara Cruz-Figueroa, and
a/k/a Zamaris Diaz-Calderon,

did use documentary evidence of naturalization and citizenship, and any

duplicate and copy thereof; namely, a Puerto Rico birth certificate in the name

of J.F.R., knowing the same to have been procured by fraud or false evidence

or otherwise unlawfully obtained, to prove citizenship.

In violation of 18 U.S.C. § 1015(c).

## COUNT TWO
### (False Claim of United States Citizenship)

On or about January 19, 2016, in the Middle District of Florida, and

elsewhere, the defendant,

JUANA BAEZ-PAULINO,
a/k/a Johanna Fuentes-Rodriguez,
a/k/a Diomara Cruz-Figueroa, and
a/k/a Zamaris Diaz-Calderon,

an alien of the United States, did knowingly make a false statement and claim

that she was a citizen of the United States, with the intent to obtain a State

benefit; namely, the defendant presented a Puerto Rico birth certificate and

driver's license in the name of J.F.R., as proof of her identity and citizenship,

to induce and secure the issuance of a State of Florida driver's license.

In violation of 18 U.S.C. § 1015(e).

## COUNT THREE
### (Aggravated Identity Theft)

On or about January 19, 2016, in the Middle District of Florida, and

elsewhere, the defendant,

JUANA BAEZ-PAULINO,
a/k/a Johanna Fuentes-Rodriguez,
a/k/a Diomara Cruz-Figueroa, and
a/k/a Zamaris Diaz-Calderon,

did knowingly use, without lawful authority, a means of identification of

another person, specifically, the name, date of birth, and social security

2

number of J.F.R., during and in relation to a felony violation of use of fraudulently and falsely procured birth certificate, in violation of 18 U.S.C. § 1015(c), as charged in Count One of this Indictment, and false claim of United States citizenship, in violation of 18 U.S.C. § 1015(e), as charged in Count Two of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section

3

FORM OBD-34

November 19

Case 8:19-cr-00543-CEH-SPF    Document 1    Filed 11/13/19    Page 4 of 4 PageID 4

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

JUANA BAEZ-PAULINO,
a/k/a Johanna Fuentes-Rodriguez,
a/k/a Diomara Cruz-Figueroa, and
a/k/a Zamaris Diaz-Calderon

## INDICTMENT

Violations:   18 U.S.C. §§ 1015(c), 1015(e) and 1028A(a)(1)

A true bill,

_Mary K. Kiernan_
Foreperson

Filed in open court this 13th day

of November, 2019.

_____
Clerk

Bail $_____